Cook *v.* Cook, Appellant.

Argued December 10, 1971. *Walter T. ReDavid,* with him *ReDavid, Orlowsky, Natale & Anderman,* for appellant;

*Harold L. Ervin, Jr.*, with him *Butler, Beatty, Greer & Johnson,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.